IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAUL WILSON,

Plaintiff,

v.

CENTRAL FINANCIAL CONTROL,

Defendant.

Case No. 16-cv-540 JPG/SCW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: November 30, 2016**       **JUSTINE FLANAGAN, Acting Clerk of Court**

*s/Tina Gray*
**Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**